IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE | : | |
| NATIONAL ELEVATOR INDUSTRY | : | CIVIL ACTION |
| PENSION PLAN, *et al.* | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSAL ELEVATOR CORP. | : | |
| d/b/a UNIVERSITY | : | |
| ELEVATOR COMPANY, *et al.*, | : | No. 11-3381 |
| Defendants. | : | |

## JUDGMENT AND ORDER

**AND NOW**, this **November 3, 2011** day of **November, 2011**, upon consideration of Plaintiffs' Motion for Entry of Judgment by Default, and for the reasons provided in this Court's Memorandum dated November 3, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 6) is **GRANTED**.

2. Judgment is entered in the amount of $97,235.67 for Plaintiffs and against Defendants as follows:

    a. Universal Elevator d/b/a University Elevator will report and pay its benefit contribution payments when due and when required by the documents governing the Plaintiffs' Plans;

    b. Contributions and interest owed for audit period of January 1, 2002; through and including August 31, 2004 in the amount of $10,886.66;

    c. Audit fees in the amount of $2,345.00;

    d. Interest accrued since completion of audit in the amount of $4,810.13;

    e. Estimated contributions for November 2009 to July 2011 in the amount of

        $62,041.56;

    f.    Liquidated damages in the amount of $14,383.57;

    g.    Attorneys' fees in the amount of $2,150.00;

    h.    Costs in the amount of $618.75.

3.    The Clerk of Court is directed to close this case.

        **BY THE COURT:**

        _____
        **Berle M. Schiller, J.**